No. 00–10202.  HUNTER v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–10207.  SANDERS v. COWAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–10208.  REZEY v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–10211.  COBOS v. HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–10212.  BROOKS v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 00–10214.  SCOTT v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–10215.  STATEN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–10216.  OLONA v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–10218.  ALVARO-MONTEJO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10219.  HOKE v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 00–10224.  WILLIAMS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 00–10227.  WILLIAMS v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–10229.  DITTON v. MORRISON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–10230.  BURNS v. TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–10233.  BRISCOE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.